

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2010-02
FEBRUARY 9, 2011 SESSION

FEB - 9 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:11-cr-00030
                                      21 U.S.C. § 841(a)(1)

STEPHEN TRENT JOHNSON

**I N D I C T M E N T**

The Grand Jury Charges:

### COUNT ONE

On or about June 14, 2010, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEPHEN TRENT JOHNSON knowingly and intentionally distributed a quantity of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about June 16, 2010, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEPHEN TRENT JOHNSON knowingly and intentionally possessed with intent to distribute 28 grams or more of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

R. BOOTH GOODWIN II
United States Attorney

By: /s/ Monica L. Dillon
MONICA L. DILLON
Assistant United States Attorney