IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:11-00030

STEPHEN TRENT JOHNSON

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for compassionate release.  See ECF No. 82.  The Bureau of Prisons' Inmate Locator indicates that defendant has been released.  Therefore, his motion is **DENIED** as moot.

The Clerk is directed to send a copy of this Order to defendant, counsel of record, and the Probation Office of this court.

It is SO ORDERED this 15th day of February, 2022.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge